IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FINLEY CIDONE, an individual,

        Plaintiff,

   v.

PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, *a foreign limited liability company*, and BEL PORTLAND HOLDINGS LLC, *a foreign limited liability company*,

        Defendant(s).

No. 3:20-cv-01133-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation on May 21, 2021, in which he recommends that this Court grant in part and deny in part Defendant's motion. F&R, ECF 35. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff and Defendant filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF No. 37; Def. Obj., ECF No. 38. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered the parties' objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation No. 35. Therefore, Defendant's Motion for Judgment on the Pleadings [8] is granted in part and denied in part.

IT IS SO ORDERED.

DATED:  September 10, 2021  .

*[signature]*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER