IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FINLEY CIDONE, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a foreign limited liability company, and BEL PORTLAND HOLDINGS LLC, a foreign limited liability company,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-01133-AR<br><br>**JUDGMENT** |

**ARMISTEAD, Magistrate Judge**

Having resolved Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 76) and Motion for Attorney Fees and Costs (ECF No. 71), the court

**HEREBY ORDERS, ADJUDGES, AND DECREES:**

1. This Judgment incorporates by reference the Order dated April 18, 2023 (ECF No. 79); and

2. For the reasons stated in and in accordance with the terms set forth in that Order, Plaintiffs' Motions for Final Approval of Class Action Settlement and Motion for Attorney Fees and Costs are granted. Accordingly, this case is closed.

DATED: April 19, 2023

_____
JEFF ARMISTEAD
United States Magistrate Judge

-1-   JUDGMENT